IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDRE NUNO VAZ VIEIRA

    Plaintiff/Petitioner,                          Case No: 8: 23-cv-2140-VMC-AEP

v.

JOANA PEIXE PINTO

    Defendant/Respondent
_____/

**AGREED VOLUNTARY RETURN ORDER**

**THIS CAUSE** is before the Court on (i) Petitioner's Verified Petition for Return of Minor Child to Portugal (the "Verified Petition"), (ii) Petitioner's Notice of Settlement and attached Minor Child Voluntary Return Agreement, and (iii) the Parties' Joint Stipulation and Motion for Entry of Voluntary Return Order (the "Joint Stipulation").

Based upon this Court's review of the Minor Child Voluntary Return Agreement and the representations of the Parties in the Joint Stipulation, the Court hereby ORDERS:

    1.    The Verified Petition is GRANTED to the extent that D.P.V., Petitioner and Respondent's minor son, shall be returned to Portugal. Absent a subsequent agreement executed by Petitioner and Respondent agreeing to a different return date and filed with this Court, D.P.V. shall remain in the custody and care of Respondent until 11:00 a.m. on Tuesday, November 21, 2023, when he will be

delivered into Petitioner's custody in the lobby of the United States Federal Courthouse, located at 801 N Florida Ave, Tampa, FL 33602. At that time, Petitioner alone will be authorized to travel to Portugal with D.P.V.

2. Immediately prior to or following D.P.V.'s return to Petitioner on Tuesday, November 21, 2023 at 11:00 a.m., Petitioner or Petitioner's counsel may take possession of all passports/travel documents for D.P.V. in the Clerk's possession.

3. After D.P.V. has been returned to Petitioner's custody, only Respondent's counsel, Oxalis Garcia, may take possession of any passports/travel documents for Respondent in the Clerk's possession; however, counsel must hold them in her possession until counsel for Petitioner has filed notice on the Court's docket that D.P.V. has been returned to Portugal, or until November 28, 2023, whichever is first.[1] Respondent's counsel shall file a notice on the Court's docket that Respondent's passports/travel documents have been returned to her within twenty-four (24) hours following the return.

4. The Court's September 25, 2023 Temporary Restraining Order will remain in effect until 5:00 p.m. on Tuesday, November 21, 2023; except that the Temporary Restraining Order shall automatically dissolve upon Respondent surrendering custody of D.P.V. to Petitioner. However, the Temporary Restraining Order is modified as follows: D.P.V. will not be removed from the geographic area

---

[1] By separate Order, the Court will direct the Clerk as to the delivery of the passports, specifically, that (i) D.P.V.'s passports/travel documents shall be delivered to Petitioner or Petitioner's counsel on November 21, 2023 at approximately 11 a.m., and (ii) Respondent's passports/travel documents shall be delivered to Respondent's counsel after D.P.V. has been delivered to Petitioner's custody.

over which the Middle District of Florida has jurisdiction[2] prior to his delivery to Petitioner on Tuesday, November 21, 2023 at 11:00 a.m. If D.P.V. is removed from this geographic area before his delivery to Petitioner on Tuesday, November 21, 2023 at 11:00 a.m., a warrant will be issued for Respondent's arrest, and the U.S. Marshal Service will be directed to take D.P.V. into custody and return him directly to Petitioner in Portugal.

5. If Respondent fails to comply with this Order, a warrant will be issued for Respondent's arrest, and the U.S. Marshal Service will be directed to take D.P.V. into custody and deliver him into Petitioner's custody.

6. The Court will retain jurisdiction over this case until after it is satisfied that D.P.V. has safely returned to Portugal.

DONE and ORDERED in Chambers in Tampa, Florida, this 2nd day of November, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

---

[2] The Parties agreed to this modification to the geographic limitation set forth in the Court's September 25, 2023 Temporary Restraining Order.